CO-386-online
10/03

# United States District Court
# For the District of Columbia

THE MCCLURE TELEPHONE )
COMPANY )
 )
 )
      vs    Plaintiff )    Civil Action No._____
 )
AT&T CORP., )
AT&T COMMUNICATIONS, INC., AND )
DOES 1-20 )
 )
           Defendant )

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for __THE MCCLURE TELEPHONE COMPANY__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __THE MCCLURE TELEPHONE COMPANY__ which have any outstanding securities in the hands of the public:

None

These representations are made in order that judges of this court may determine the need for recusal.

_____
Attorney of Record
_____
Signature

484434
_____
BAR IDENTIFICATION NO.

Anitra D. Goodman
_____
Print Name

Swidler Berlin LLP, 3000 K Street, NW, Suite 300
_____
Address

Washington       DC              20007
_____
City             State           Zip Code

(202) 424-7500
_____
Phone Number