AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

THE MCCLURE TELEPHONE COMPANY

**SUMMONS IN A CIVIL CASE**

V.

AT&T CORP.,
AT&T COMMUNICATIONS, INC., AND
DOES 1-20.

CASE NUM

CASE NUMBER   1:05CV01681

JUDGE: Ellen Segal Huvelle

DECK TYPE: General Civil

DATE STAMP: 08/23/2005

TO: (Name and address of Defendant)

AT&T COMMUNICATIONS, INC.
c/o CT Corporation System
1015 15th Street, NW, Suite 1000
Washington, DC  20005

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Eric J. Branfman
Joshua M. Bobeck
Anitra D. Goodman
Swidler Berlin LLP
3000 K Street, NW, Suite 300
Washington, DC 20007

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON         AUG 2 3 2005

CLERK                               DATE

(By) DEPUTY CLERK

U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

The McClure Telephone Company

vs.

AT&T Corp., et al.

No. 1:05CV01681

**AFFIDAVIT OF SERVICE**

to wit: Washington, DC

    I, DWAYNE G. BOSTON, having been duly authorized to make service of the Summons, Complaint, Notice of Right to Consent to Trial Before a United States Magistrate Judge, Notice of Designation of Related Civil Cases Pending in This or Any Other United States Court, Certificate Rule LCvR 7.1 and Initial Electronic Case Filing Order in the above entitled case, hereby depose and say:

    That my date of birth / age is 02-09-1958.

    That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

    That service was made by a private process server.

    That I am not a party to or otherwise interested in this suit.

    That at 12:12 pm on August 26, 2005, I served AT&T Communications, Inc. c/o CT Corporation System at 1015 15th Street, NW, Suite 1000, Washington, DC 20005 by serving Mark Diffenbaugh, Team Leader, authorized to accept. Described herein:

```
   SEX-    MALE
   AGE-    37
HEIGHT-    5'7"
  HAIR-    BROWN
WEIGHT-    160
 COLOR-    WHITE
```

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the RETURN of SERVICE and STATEMENT OF SERVICE FEES is true and correct.

Executed on  08-26-05
                Date

DWAYNE G. BOSTON
1827 18th Street, N.W.,
Washington, D.C. 20009
Our File#- 157584