**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| THE MCCLURE TELEPHONE COMPANY, <br> 311 S. East Street <br> McClure, OH 43534 <br><br> Plaintiff, <br><br> v. <br><br> AT&T CORP., <br> 1 AT&T Way <br> Bedminster, New Jersey 07921, <br><br> AT&T COMMUNICATIONS, INC., <br> 1 AT&T Way <br> Bedminster, New Jersey 07921, and <br><br> DOES 1-20, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) CASE NO. 1:05cv01681 (ESH) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**DEFENDANTS' UNOPPOSED MOTION TO EXTEND**
**TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

Defendants AT&T Corp. and AT&T Communications, Inc., ("Defendants") hereby move the Court for an extension of time to respond to Plaintiff's Complaint by answer or by motion. Defendants were served with the Complaint on August 26, 2005, and therefore, Defendants' responsive pleading is scheduled to be due on September 15, 2005. Defendants move for an extension of their time to respond to the Complaint until October 6, 2005.

Defendants have consulted with counsel for Plaintiff, and Plaintiff does not oppose the instant motion. A proposed Consent Order is attached.

September 12, 2005                    Respectfully submitted,

/s/ Michael J. Hunseder
_____
David M. Schiffman
Sidley Austin Brown & Wood, LLP
Bank One Plaza
10 South Dearborn
Chicago, Illinois 60603
Phone:  (312) 853-7782
Fax:      (312) 853-7036

Paul M. Zidlicky (DC Bar No. #450196)
Michael J. Hunseder (DC Bar No. #447260)
Sidley Austin Brown & Wood, LLP
1501 K Street, N.W.
Washington, DC  20005
Phone:  (202) 736-8000
Fax:      (202) 736-8711