**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| THE MCCLURE TELEPHONE COMPANY,<br>311 S. East Street<br>McClure, OH 43534<br><br>   Plaintiff,<br><br>  v.<br><br>AT&T CORP.,<br>1 AT&T Way<br>Bedminster, New Jersey 07921,<br><br>AT&T COMMUNICATIONS, INC.,<br>1 AT&T Way<br>Bedminster, New Jersey 07921, and<br><br>DOES 1-20,<br><br>   Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) CASE NO. 1:05cv01681 (ESH)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**CONSENT ORDER TO EXTEND TIME FOR DEFENDANTS
AT&T CORP. & AT&T COMMUNICATIONS, INC. TO RESPOND
<u>TO PLAINTIFF'S COMPLAINT</u>**

Upon consent of the parties, the time in which Defendants AT&T Corp. and AT&T Communications, Inc., ("Defendants") have to respond to Plaintiff's Complaint by answer or by motion is extended to October 6, 2005.

          SO ORDERED, this _____ day of September, 2005.

                  _____
                  The Honorable Ellen Segal Huvelle

The following attorneys shall be notified of this Order:

Eric J. Branfman  
Swidler Berlin LLP  
3000 K Street, NW, Suite 300  
Washington, D.C. 20007  
(202) 424-7500

David L. Lawson  
Sidley Austin Brown & Wood, LLP  
1501 K St., NW  
Washington, D.C. 20005  
(202) 736-8135